IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

SHEILA ROLLING                              Case No. 08-05650
         Debtor.

NOTICE OF OUTSTANDING DEBT
AND OBJECTION TO FINAL MORTGAGE CURE

   LITTON LOAN SERVICING LP. in response to the notice that the debtors case is completing and that lender must notify the court if there is any remaining defaults. LITTON LOAN SERVICING LP AS SERVICIGN AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE hereby objects tot he final mortgage cure and further notifies parties that there is an outstanding amount owed as follows:

amounts outstanding for non payment of county taxes in the amount of $8,666.90 itemized as follows:
9/22/08 $10
2/17/09 $10
9/16/10 county tax $299.87
9/16/2010 county tax $2,888.49
9/17/2010 county tax $5.00
9/17/201 county tax $3,993.37
11/17/2010 county tax $1,460.17

                              __/s/ Stanley W. Papuga__
                                   Stanley W. Papuga
                              Attorney of Kropik Papuga and Shaw
                              for Litton Loan Servicing LP.

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

Kropik Papuga and Shaw
Attorneys for LITTON LOAN SERVICING LP.
120 S. Lasalle Suite 1500
Chicago, Il. 60603
312-236-6405

CERTIFICATE OF SERVICE

    The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 02-08-2011 to the following parties:

TO TRUSTEE:
TOM VAUGHN 200 S.MICHIGAN STE.1300 CHICAGO IL 60604

TO DEBTOR'S ATTORNEY:
BRIAN R.ZEFT 20 S.CLARK 28TH FLOOR CHICAGO IL 60603


The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 02-08-2011 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
SHEILA ROLLING  4733 WEST MAYPOLE CHICAGO IL 60644

                          __/s/ STANLEY W. PAPUGA
                          STANLEY W. PAPUGA
                          Kropik, Papuga and Shaw
                          120 S. LaSalle, Ste. 1500
                          Chicago, IL 60603