IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

**SHEILA ROLLING**                               Case No. 08-05650
      Debtor.

### N O T I C E

A notice has been filed indicating that there is an outstanding post filing default to LITTON LOAN SERVICING LP AS THE SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE and the final, mortgage cure is contested. A copy is attached hereto.

                              /S/ STANLEY W. PAPUGA
                              STANLEY W. PAPUGA

### CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 2-08-2011 to the following parties:

TO TRUSTEE:
TOM VAUGHN 200 S.MICHIGAN STE.1300 CHICAGO IL 60604

TO DEBTOR'S ATTORNEY:
BRIAN R.ZEFT 20 S.CLARK 28TH FLOOR CHICAGO IL 60603

The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 02-08-2011 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
SHEILA ROLLING  4733 WEST MAYPOLE CHICAGO IL 60644

                              /s/ STANLEY W. PAPUGA
                              STANLEY W. PAPUGA
                              Kropik, Papuga and Shaw
                              120 S. LaSalle, Ste. 1500
                              Chicago, IL 60603

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.